IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 10-0919
 ((((((((((((((((

 Timothy R. Maiden, Petitioner

 v.

 Texas Education Agency and Cypress Fairbanks ISD, Respondents

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Motion for Extension of Time to File Petition For Review
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The petitioner's motion to extend time to file petition for
review, filed on November 8, 2010, is ABATED.
 2. The motion is removed from the Court's active docket. It is
the parties' responsibility to immediately notify this Court once the court
of appeals' decision is final. See Tex. R. App. P. 53.7(a).

 Done at the City of Austin, this 9th day of November, 2010.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Yaira Torres, Deputy Clerk